IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT WATSON, | : | |
| | : | Case No. 2:17-CV-457 |
| **Plaintiff,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| v. | : | |
| | : | Magistrate Judge Deavers |
| GARY MOHR, *et al.*, | : | |
| | : | |
| **Defendants.** | : | |

## ORDER

This matter comes before the Court on the Magistrate Judge's December 14, 2017 **Report and Recommendation** (ECF No. 18), which recommended that Defendants' Motion to dismiss (ECF No. 11) be granted.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (ECF No. 18 at 11). The parties have failed to file any objections, and the deadline for objections (December 28, 2017) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. The Motion to Dismiss is hereby **GRANTED**.

**IT IS SO ORDERED.**

                                             s/ Algenon L. Marbley
                                             **ALGENON L. MARBLEY**
                                             **UNITED STATES DISTRICT JUDGE**

**DATED: February 13, 2018**